# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

**OCT 3 1 2011**

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

United States of America )
v. )
CALVIN COOLIDGE HAIRSTON )  Case No: 4:10CR00011-1
) USM No: 14642-084
Date of Previous Judgment: 01/10/2011 )
*(Use Date of Last Amended Judgment if Applicable)* )  Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓] **DENIED.** [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months is reduced to _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*
Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other *(explain)*:

**III. ADDITIONAL COMMENTS**
Defendant is ineligible for a reduction due to his status as a career offender. Additionally, Defendant has filed two motions seeking a reduction in his sentence pursuant to Amendment 750. [ECF No. 57 & 59.] By this Order, both motions are DENIED.

Except as provided above, all provisions of the judgment dated 01/10/2011 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10-31-11

Judge's signature

Effective Date: _____
*(if different from order date)*

Senior United States District Judge
Printed name and title